1 PHILLIP A. TALBERT
Acting United States Attorney
2 JILL M. THOMAS
Assistant United States Attorney
3 501 I Street, Suite 10-100
Sacramento, CA 95814
4 Telephone: (916) 554-2700
Facsimile: (916) 554-2900
5

6 NICHOLAS L. MCQUAID
Acting Assistant Attorney General
7 JOHN-ALEX ROMANO
Trial Attorney
8 Human Rights and Special Prosecutions
Criminal Division, U.S. Dept. of Justice
9 1301 New York Avenue, NW, Suite 1262
Washington, DC 20530
10 Telephone: (202) 353-0249

11

12

13 Attorneys for Plaintiff
United States of America

14

**SEALED**

**FILED**

**Jun 17, 2021**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

14          IN THE UNITED STATES DISTRICT COURT

15             EASTERN DISTRICT OF CALIFORNIA

16

17 UNITED STATES OF AMERICA,

18                          Plaintiff,
                    v.
19

20 GERALD LEON RAY, III,

21                          Defendant.

22

CASE NO.  2:21-cr-00114-KJM

18 U.S.C. §§ 113(a)(6) and 3261(a)(2) – Assault Resulting in Serious Bodily Injury by a Person Employed by the Armed Forces Outside the United States, pursuant to the Military and Extraterritorial Jurisdiction Act.

23                    I N D I C T M E N T

24

25 The Grand Jury charges:

26                    GERALD LEON RAY, III,

27 defendant herein, as follows:

28 ///

## I.   INTRODUCTION

1.   At all times relevant to this Indictment, GERALD LEON RAY, III, was a United States citizen and was not a national of, or ordinarily a resident in, the Republic of Korea.

2.   On or about July 26, 2020, GERALD LEON RAY, III, was a civilian employed by the Armed Forces outside the United States, as defined in Title 18, United States Code, Section 3267(1), specifically, by the Defense Commissary Agency ("DCA"), in the Republic of Korea.  The DCA was an agency of the Department of Defense.

3.   On or about July 26, 2020, GERALD LEON RAY, III, was residing in the Republic of Korea in connection with his employment with the DCA.

4.   The conduct alleged in this Indictment constitutes an offense which would be punishable by imprisonment for more than one year if the conduct had been engaged in within the special maritime and territorial jurisdiction of the United States.

5.   All of the conduct alleged in this Indictment occurred in the Republic of Korea and outside the jurisdiction of any particular State or District and within the venue of the United States District Court for the Eastern District of California, as provided by Title 18, United States Code, Section 3238, in that the last known residence of the defendant was in the Eastern District of California.

## II.   ASSAULT RESULTING IN SERIOUS BODILY INJURY

6.   On or about July 26, 2020, in or around Pyeongtaek, in the Republic of Korea, GERALD LEON RAY, III, did assault Victim 1, an individual whose identity is known to the Grand Jury, by intentionally striking Victim 1 in the side of the head, thereby causing Victim 1 serious bodily injury.

All in violation of Title 18, United States Code, Sections 113(a)(6) and 3261(a)(1).

A TRUE BILL.

**/s/ Signature on file w/AUSA**

_____

FOREPERSON

_Michele Beckwith for._

PHILLIP A. TALBERT
Acting United States Attorney

NICHOLAS L. MCQUAID
Acting Assistant Attorney General

No. *2:21-cr-00114-KJM*

---

## UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

THE UNITED STATES OF AMERICA

*vs.*

GERALD LEON RAY, III

---

INDICTMENT

**VIOLATION(S):**   18 U.S.C. §§ 113(a)(6) and 3261(a)(2) – Assault Resulting in Serious Bodily Injury by a Person Employed by the Armed Forces Outside the United States, pursuant to the Military and Extraterritorial Jurisdiction Act;

---

*A true bill,*

**/s/ Signature on file w/AUSA**

_____
*Foreman.*

*Filed in open court this* ___ 17th _____ *day*

*of* ___ June _____ *, A.D. 20* 21 ___

PBuzo
_____
*Clerk.*

*Bail, $ _No Bail Bench Warrant____*

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

GPO 863 525

2:21-cr-00114-KJM

## Penalties for Indictment
## <u>Defendant</u>

## GERALD LEON RAY, III

VIOLATION:        18 U.S.C. §§ 113(a)(6) and 3261(a)(2) – Assault Resulting in Serious Bodily Injury by a Person Employed by the Armed Forces Outside the United States, pursuant to the Military and Extraterritorial Jurisdiction Act.

PENALTIES:        Not more than 120 months,
Not more than $250,000 fine or both
A three-year term of Supervised Release

SPECIAL ASSESSMENT:  $100