PHILLIP A. TALBERT
Acting United States Attorney
JILL M. THOMAS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

NICHOLAS L. MCQUAID
Acting Assistant Attorney General
JOHN-ALEX ROMANO
Trial Attorney
Human Rights and Special Prosecutions
Criminal Division, U.S. Dept. of Justice
1301 New York Avenue, NW, Suite 1262
Washington, DC 20530
Telephone: (202) 353-0249

Attorneys for Plaintiff
United States of America

**SEALED**

**FILED**
**Jun 17, 2021**
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GERALD LEON RAY, III,<br><br>Defendant. | CASE NO. 2:21-cr-00114-KJM<br><br>ORDER TO SEAL<br>(UNDER SEAL) |

///
///
///
///
///

   The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney JILL M. THOMAS to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until further order of the Court.

Dated: June 17, 2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE