# Memorandum

*United States Attorney's Office*
*Eastern District of California*



| *Subject:* | **US v. Gerald Leon Ray, III** <br> **2:21-cr-114-KJM** | *Date:* | **October 13, 2021** |
|---|---|---|---|
| *To:* | **Nic Cannarozzi** <br> **Courtroom Deputy to the** <br> **Hon. Jeremy D. Peterson** <br> **US Magistrate Judge** | *From:* | **Heiko P. Coppola** <br> **Assistant U.S. Attorney** <br> **U.S. Attorney's Office** <br> **Eastern District of California** |

Please place the above-referenced case on calendar for initial appearance and arraignment before Judge Peterson on Wednesday, October 13, 2021, at 2:00 p.m.