UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
October 15, 2021
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GERALD LEON RAY,

    Defendant.

Case No. 2:21-cr-00114-KJM

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  GERALD LEON RAY, Case No. 2:21-cr-00114-KJM  Charge 18 U.S.C. § 113(a)(6) and 3261(a)(2), from custody for the following reasons:

\_\_\_\_  Release on Personal Recognizance

_X_  Bail Posted in the Sum of $ 50,000.00.

    _X_  Unsecured Appearance Bond $ 50,000.00.

    \_\_\_\_  Appearance Bond with 10% Deposit

    \_\_\_\_  Appearance Bond with Surety

    \_\_\_\_  Corporate Surety Bail Bond

    _X_  (Other): The defendant is ordered released from the Sacramento County Jail on October 18, 2021 at 9:00 a.m. and must report directly to the Pretrial Services Office located at 501 I Street, in Sacramento, California, 95814;

Issued at Sacramento, California on October 15, 2021 at 12:45 a.m.

_/s/ Jeremy D. Peterson_
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE