UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
October 15, 2021
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GERALD LEON RAY,<br><br>　　　　Defendant. | Case No. 2:21-cr-00114-KJM<br><br>**AMENDED**<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  GERALD LEON RAY, Case No. 2:21-cr-00114-KJM  Charge 18 U.S.C. § 113(a)(6) and 3261(a)(2), from custody for the following reasons:

　　____　Release on Personal Recognizance

　　  X  　Bail Posted in the Sum of $  50,000.00.

　　　　　  X  　Unsecured Appearance Bond $  50,000.00.

　　　　　____　Appearance Bond with 10% Deposit

　　　　　____　Appearance Bond with Surety

　　　　　____　Corporate Surety Bail Bond

　　　　　____　(Other): The defendant is ordered released from the Sacramento County Jail on October 18, 2021 at 9:00

　　　　  X  　a.m. and must report directly to the Pretrial Services Office located at 501 I Street, in Sacramento, California, 95814;

Issued at Sacramento, California on October 15, 2021 at 12:45 p.m.

_JEREMY D. PETERSON_
UNITED STATES MAGISTRATE JUDGE