HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700
Fax: 916-498-5710
Noa_oren@fd.org

Attorney for Defendant
GERALD RAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>GERALD RAY,<br><br>　　　　Defendant. | Case No. 2:21-cr-114 DJC<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME**<br><br>Date: May 1, 2023<br>Time: 9:00 a.m.<br>Judge: Hon. Daniel J. Calabretta |

　　　　By this stipulation, the parties move to continue the status conference until August 10, 2023, and to exclude time between May 1, 2023 and August 10, 2023, under Local Code T4.

　　　　The parties agree and stipulate, and request that the Court find the following:

　　　　a.　　Defense counsel needs additional time to review medical records in discovery. Defense counsel recently signed a protective order to review those medical records in greater depth.

　　　　b.　　Defense counsel needs time to conduct further investigation with respect to the medical records.

　　　　Defense counsel believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation.

　　　　c.　　Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the

original date prescribed by the Speedy Trial Act.

       d.     For the purposed of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 1, 2023 to August 10, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

DATED: April 24, 2023                   Respectfully submitted,

                                              HEATHER E. WILLIAMS
                                              Federal Defender

                                              */s/ Noa E. Oren*
                                              NOA E. OREN
                                              Assistant Federal Defender
                                              Attorney for GERALD RAY

DATED: April 24, 2023                   PHILLIP A. TALBERT
                                              United States Attorney

                                              */s/ Heiko Coppola*
                                              HEIKO P. COPPOLA
                                              Assistant United States Attorney
                                              Attorney for Plaintiff

ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders a status conference on August 10, 2023, at 9:00 a.m. The Court orders the time from May 1, 2023 up to and including August 10, 2023, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

DATED:  April 24, 2023                    /s/ Daniel J. Calabretta
                                          THE HONORABLE DANIEL J. CALABRETTA
                                          UNITED STATES DISTRICT JUDGE