HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700
Fax: 916-498-5710
Noa_oren@fd.org

Attorney for Defendant
GERALD RAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  2:21-cr-00114-DJC |
|---|---|---|
| Plaintiff, | ) ) ) | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| vs. | ) ) | |
| GERALD LEON RAY, III, | ) ) | |
| Defendant. | ) ) ) | Date:   August 10, 2023
Time:  9:00 a.m.
Judge: Hon. Daniel J. Calabretta |

By this stipulation, the parties move to continue the status conference until October 12, 2023, and to exclude time between August 10, 2023 and October 12, 2023, under Local Code T4.

The parties agree and stipulate, and request that the Court find the following:

a. The defense team needs additional time to review medical records in discovery.

b. Defense counsel needs time to conduct further investigation with respect to the medical records.

Defense counsel believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation.

c. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

d.   For the purposed of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 10, 2023 to October 12, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

DATED: August 3, 2023               Respectfully submitted,

                                    HEATHER E. WILLIAMS
                                    Federal Defender

                                    /s/ Noa E. Oren
                                    NOA E. OREN
                                    Assistant Federal Defender
                                    Attorney for GERALD RAY

DATED: August 3, 2023               PHILLIP A. TALBERT
                                    United States Attorney

                                    /s/ Heiko Coppola
                                    HEIKO P. COPPOLA
                                    Assistant United States Attorney
                                    Attorney for Plaintiff

## **ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders a status conference on **October 12, 2023, at 9:00 a.m**. The Court orders the time from August 10, 2023 up to and including October 12, 2023, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

Dated:  August 3, 2023                         /s/ Daniel J. Calabretta
                                               THE HONORABLE DANIEL J. CALABRETTA
                                               UNITED STATES DISTRICT JUDGE