HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS #294141
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
GERALD LEON RAY III

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GERALD LEON RAY III,<br><br>Defendant. | Case No.  2:21-cr-00114-DJC<br><br>STIPULATION TO CONTINUE VACATE TRIAL DATE, CONVERT STATUS CONFERENCE TO CHANGE OF PLEA HEARING AND EXCLUDE TIME; ORDER<br><br>Judge: Daniel J. Calabretta<br>Date: March 21, 2024<br>Time: 9:00 a.m. |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, that the trial set to begin on March 25, 2024 be vacated, and that the status conference and motions hearing date scheduled for March 21, 2024 at 9:00 a.m., be converted to a change of plea hearing.

The parties have reached an agreement on the essential terms of a plea in this matter, and are presently finalizing a written plea agreement.  The parties anticipate that a formal plea agreement will be fully executed by the end of the current week.  Mr. Ray III will be prepared to enter a change of plea, pursuant to the agreement, on March 21, 2024.  Accordingly, the parties request that the trial be vacated and that the status conference in this matter be converted to a change of plea hearing to facilitate the most efficient resolution of this case.

The parties agree that the ends of justice served by vacating the trial date and converting the status conference to a change of plea, allowing both parties to suspend trial preparation and

Stipulation to Vacate Trial and Set COP

focus on a brief review of discovery related to confirming the terms of a plea agreement, outweigh the best interest of the public and the defendant in a speedy trial. Therefore, the parties agree that time is excludable from March 12, 2024, through March 21, 2024, pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) (Local Code T4).

Dated: March 12, 2024                    Respectfully submitted,

                                         HEATHER E. WILLIAMS
                                         Federal Public Defender

                                         /s/ Megan T. Hopkins
                                         MEGAN T. HOPKINS
                                         NOA OREN
                                         Assistant Federal Defenders
                                         Attorneys for Defendant
                                         GERALD LEON RAY III


                                         PHILLIP A. TALBERT
                                         United States Attorney

Dated: March 12, 2024                     /s/ Heiko Coppola
                                         HEIKO COPPOLA
                                         MARIE ZISA
                                         Assistant United States Attorneys
                                         Attorneys for Plaintiff

**O R D E R**

**IT IS HEREBY ORDERED** that the trial scheduled to begin on March 25, 2024 is VACATED and the status conference scheduled for March 21, 2024, at 9:00 a.m. is converted to a CHANGE OF PLEA hearing.  The time period between March 12, 2024 and March 21, 2024 is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

Dated:  March 12, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE