HEATHER E. WILLIAMS, SBN #122664
Federal Defender
NOA E. OREN, SBN #297100
MEGAN T. HOPKINS, SBN #294141
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710
Noa_Oren@fd.org

Attorneys for Defendant
GERALD LEON RAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:21-CR-00114-DJC |
|---|---|
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| GERALD LEON RAY, | ) Judge: Daniel J. Calabretta |
| Defendant. | ) |

**IT IS HEREBY ORDERED** that the Request to Seal Exhibit D to Mr. Ray's sentencing memorandum regarding protected material be granted so that this information is not available on the public docket. The records are to be provided to the Court and Government counsel.

These documents shall remain under seal until further Order of the Court.

Dated: June 21, 2024          /s/ Daniel J. Calabretta
                              THE HONORABLE DANIEL J. CALABRETTA
                              UNITED STATES DISTRICT JUDGE